Docket and File

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/14

------------------------------------------------------------

Master Baye Balah Allah, B.Z.B.S,

vs.

Brain Wilson #27486, Jason Warsop #3547
, Dexter Russell # 447

Jury Trail Demand
13 cv. 4269 (AT)(RLE)

2nd Amended complaint

------------------------------------------------------------

TO THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

The complaint of the plaintiff, Master Baye Balah Allah, states the following:

1. The plaintiff, Master Baye Balah Allah is a resident of the state of New York and resides at 129 Fulton Street, N.Y., N.Y. 10038.
2. Plaintiff Ben Zyheem Baye Scott is the five year grandchild of plaintiff who resides in the state of New York.
3. The defendant, Brain Wilson #27486 is a New York City Police Officer.
4. The defendant, Jason Warsop #3547 is a New York City Police Officer.
5. The defendant, Dexter Russell is a Department of Homeless Services peace officer who works at the Kingsboro MICA Shelter located at 681 Clarkson Ave, Bklyn, N.Y., 11203.

### Venue

6. Plaintiff states that pursuant to 28 U.S.C. 1391 (b) that the Southern District of New York has proper venue over complaint.

### Statement of Facts

7. On 8.4.12 at 12:56 plaintiff, Master Baye Balah Allah and his 5 year old grandson, Ben Zyheem Baye Scott, were pulled off the Bronx bound #6 train at Brooklyn Bridge by Officers Jason Warsop and Brain Wilson.
8. When plaintiff asked Warsop why he was being taken off the train Warsop told plaintiff that he and Wilson were investigating a kidnapping. Plaintiff told the defendants that he was just taking his grandson home.
9. Plaintiff thinking that was the end of the situation tried to leave but was stopped by Warsop and was told by him that he and Wilson would have to ask his grandson some questions just to make sure everything was okay. (While plaintiff is talking to Warsop Wilson is trying to take Baye away from me).

10. Plaintiff told both officers that they could ask him any question they want as long as it's done in plaintiff's presence being that plaintiff is his legal guardian. Now Warsop is asking plaintiff for ID.
11. While plaintiff handed Warsop his ID several other officers appeared at which point Wilson told plaintiff that they had also been told by the conductor that plaintiff was sleeping on the train. It was at this point that Wilson with the help of the unknown police officers took his grandson from plaintiff.
12. Plaintiff witnessed Wilson and the unknown police officers move Baye further off by the staircase where Wilson asked him "if he was alright? What was his name and who was plaintiff to him?" At which point Baye told him that "He was okay, that his name was Zyheem and that plaintiff was his Father."
13. Plaintiff then tried to follow Warsop, Wilson and the other previously mentioned unknown officers behind the staircase where they took Baye to ask him more questions. Plaintiff told all officers present that they couldn't take him off to the side and ask him any questions without counsel or a legal guardian present.
14. Plaintiff then peacefully and without any form of violence tried to follow defendants behind the staircase when plaintiff was suddenly attacked from behind by Russell. Plaintiff and this peace officer who used to work at the Clarke Thomas shelter on Wards Island have a bad history between them.
15. Russell then slammed plaintiff into one of the pillars and put plaintiff in a choke hold and his left arm in an arm lock while simultaneously forcing plaintiff to bend backwards causing severe pain. As he did this he told plaintiff "You know who this is. Shut the fuck up." Plaintiff looked over his right shoulder, into his attackers face and said "You? What are you doing here? You're a DHS security officer." Then plaintiff said to defendants Warsop and Wilson "He's just a DHS peace officer. I thought you had authority over the situation?" Wilson just looked at plaintiff and shrugged his shoulders.
16. Warsop, Wilson and the rest of the unknown police officers watched and did nothing as Russell attacked plaintiff. Plaintiff was told once again by Russell to "Shut the fuck up" and then was thrown to the ground by him and handcuffed.
17. Plaintiff lay on the ground handcuffed and was protesting the mistreatment that he and his grandson were suffering at these officers hands. Then plaintiff was picked up by Warsop, Wilson, Russell and the other unknown officers where they started hitting him in his face and body as they carried him out of the station and took him to transit district 2. (One of plaintiff's assailants was a sgt). Plaintiff again states that he at no time during the entire incident did anything that would warrant such actions.
18. Plaintiff states that during the entire time of his arrest that neither Warsop, Wilson nor any of the other unknown police officers came to plaintiff's cell with questions pertaining to the care and custody of his grandson nor was his questions about Baye's care answered. (Baye sat in police custody for six hours and fourteen minutes where he was questioned without counsel or a legal guardian present.) Plaintiff also states that defendants Warsop and Wilson left plaintiff handcuffed in the cell the entire time he was there prisoner even though plaintiff had done nothing to warrant such treatment.
19. Plaintiff states that Baye suffered nightmares from the beating he witnessed his grandfather receive at the hands of Officers Warsop, Wilson, Russell and the unknown

police officers. Plaintiff also states that his grandson developed a fear of plaintiff "falling asleep" whenever they rode the train after the incident.

20. Plaintiff states that Officers Warsop and Wilson questioned and held Baye in custody for six hours and fourteen minutes without counsel or a legal guardian present.
21. Plaintiff states that due to defendant's illegal actions Baye had ACS forcefully inserted into his life which caused him as well as plaintiff hardship.
22. Plaintiff states that plaintiff suffered lacerations, bruises, a swollen left arm and two swollen wrist from the unlawful actions of Officers Wilson, Warsop and Russell.
23. Plaintiff now suffers from extreme tension headaches, dizziness, right hip and right knee pain and blackouts and that these injuries were made worse by the unlawful excessive force used by Warsop, Wilson and Russell.
24. Plaintiff states that Officers Warsop, Wilson and Russell acted in their individual and official capacity.
25. Plaintiff states that officers Warsop, Wilson and Russell violated him and his grandson under section 18 U.S.C. 242 as well as the 4th, 8th and the 14th amendments.
26. Plaintiff states that Officers Warsop, Wilson and the unknown police officers watched and did nothing as plaintiff was attacked from behind by Russell. Plaintiff states that Russell had nothing to do with the incident and that his actions were unwarranted, unlawful and unnecessary.
27. Plaintiff states that Officers Warsop, Wilson and Russell should have known that they were depriving plaintiff and his grandson from their right to be free from unlawful seizure as well as excessive force and cruel and unusual punishment under the 4th and 8th amendments as well as their right to due process which is guaranteed under the 14th amendment.

**THEREFORE**, plaintiffs, Master Baye Balah Allah and Ben Zyheem Baye Scott are suing Officers Warsop, Wilson and Russell pursuant to 42 USC 1983 and 18 USC 242 for violating plaintiff's 4th, 8th and 14th amendments also for pain and suffering and for punitive damages in the amount of two million dollars.

I state under penalty of perjury that the foregoing is true and correct. Dated: 6-2-14

*Master Baye Balah Allah*
Master Baye Balah Allah
129 Fulton St. apt 4, N.Y., N.Y., 10038